**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
DEBRA MARY KAPLAN,

                Plaintiff,

- against -

SUSAN KAPLAN ELMENDORF, MONICA KAPLAN TACOMA, ANTHONY TACOMA, and ASTORIA BANK,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
CV-14-2071 (SJF)(GRB)

**FILED**
**CLERK**
5/7/2014 4:11 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

      An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on April 30, 2014, *sua sponte* dismissing plaintiff's Section 1983 claims in their entirety with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for relief, dismissing any state law claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3), directing the Clerk of the Court to close this case, and denying *in forma pauperis status* for the purpose of any appeal, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's Section 1983 claims are dismissed in their entirety with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for relief; that any state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3); that this case is hereby closed; and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       May 7, 2014

                                     DOUGLAS C. PALMER
                                     C<small>LERK OF THE</small> C<small>OURT</small>

                      By:   /s/ Catherine Vukovich
                           Deputy Clerk